KITCHENS, Justice,
Dissenting.
¶ 24. Although I fully concur with Presiding Justice Graves’s excellent dissent, I write separately to express my concern with the majority opinion’s language that “dismissal for failure to provide notice under this statute ordinarily should be without prejudice.” (Emphasis added.) This statement suggests that there may be cases in which failure to comply strictly with the pre-suit notice requirement of Section 15-1-36(15) would require dismissal with prejudice. Because I can imagine no circumstances that would warrant the irrevocable termination of what could be a meritorious civil claim for failure to jump through an innocuous procedural hoop, I respectfully dissent.
GRAVES, P.J., joins this opinion.